1

2

"O"

3

4

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _shy_                        DEPUTY

5

6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   Case No. SA 13-400M

12 |          Plaintiff,              )   ORDER OF DETENTION

13 |      v.                          )   [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C.
                                      )   §3143(a)]
14 | STEVEN KENT DEBORD,              )

15 |          Defendant.              )

16

17          The defendant having been arrested in this judicial district pursuant to a warrant

18   issued by the Honorable Donald W. Molloy, United States District Judge, of the United

19   States District Court for the District of Montana, for an alleged violation of the terms and

20   conditions of the defendant's supervised release; and

21          The Court having conducted a detention hearing pursuant to Federal Rule of

22   Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),  The Court finds that:

23   A.    (X)    The defendant has not met his burden of establishing by clear and convincing

24                evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or

25                (c).   This finding is based on the nature of the charged offense, the

26                defendant's lack of bail resources, lack of a stable residence, and the nature

27                of the charge offense, which indicates the defendant is unlikely to comply

28                with conditions of release; and

1  B.     (X)    The defendant has not met his burden of establishing by clear and convincing

2                evidence that he is not likely to pose a danger to the safety of any other person

3                or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding

4                is based on the nature of the charged offense and his criminal history.

5

6         IT THEREFORE IS ORDERED that the defendant be detained pending the further

7  revocation proceedings in the charging district.

8

9

10  Dated: September 6, 2013

11                                        /s/     Arthur Nakazato
                                          ARTHUR NAKAZATO
12                                        UNITES STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28