"O"

FILED
CLERK, U.S. DISTRICT COURT

AUG 28 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: SACR 15-0037-AG |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| vs. | ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| STEVEN KENT DEBORD, | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California, for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on <u>lack of bail resources; unknown current background information; use of multiple identifiers; history of non-compliance</u> and

B.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any

other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>criminal history; present allegations suggest lack of amenability to supervision; current protective order.</u>

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: <u>August 28, 2015</u>

*/s/ Karen E. Scott*
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE